# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 31, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143157(5)(9)(11)(13)(15)(19)

IN RE REQUEST FOR ADVISORY OPINION
REGARDING CONSTITUTIONALITY OF
2011 PA 38                  SC: 143157

_____

On order of the Chief Justice, the motion by Michigan State Employee Retirees Association Coordinating Council and others for leave to file a brief *amicus curiae* and for leave to participate in oral argument is considered. The motion to file a brief *amicus curiae* is granted; leave to participate in oral argument is denied. The motion by the Attorney General for leave to file a brief in excess of 50 pages arguing that the act is unconstitutional is granted. The motion by Michigan Bankers Association and others to file a brief *amicus curiae* is granted. The motion by Business Leaders for Michigan and the Small Business Association of Michigan for leave to file a brief *amicus curiae* is granted. The motion for the temporary admission to practice of Stuart R. Cohen is considered and it is granted. The motion by the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, UAW for leave to file a brief *amicus curiae* is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 31, 2011 _____       _____

Clerk